UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

David Paterson,

Plaintiff,

-against-

Citibank, N.A.; Trans Union LLC a/k/a TransUnion (dismissed),

Defendants.

Case No.: 2:25-cv-01587-ST

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff David Paterson by and through his undersigned counsel, Petroff Amshen LLP, hereby gives notice that the complaint against Defendant Citibank, N.A. is voluntarily dismissed with prejudice.

Dated: Brooklyn, New York
April 29, 2025

**PETROFF AMSHEN LLP**
*Attorneys for Plaintiff,*
David Paterson

*/s/ Serge F. Petroff*
Serge F. Petroff, Esq. (SP9522)
1795 Coney Island Avenue, Third Floor
Brooklyn, New York 11230
Telephone: (718) 336-4200
Email: spetroff@petroffamshen.com