UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

David Paterson,

                                    Plaintiff,

            -against-

Citibank, N.A.; Trans Union LLC a/k/a TransUnion,

                                    Defendants.

Index No.: 2:25-cv-01587-ST

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff David Paterson, through his undersigned counsel, Petroff Amshen LLP, hereby gives notice that the complaint against Defendant TRANS UNION LLC A/K/A TRANSUNION is voluntarily dismissed with prejudice.

Dated: Brooklyn, New York
       July 25, 2025

**PETROFF AMSHEN LLP**
*Attorneys for Plaintiff,*

*/s/ Serge Petroff*
Serge F. Petroff, Esq.
1795 Coney Island Avenue, Third Floor
Brooklyn, New York 11230
Tel: (718) 336-4200
Email: spetroff@petroffamshen.com